IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-109-RLV-DCK

| | |
|---|---|
| ANTONIA M. NORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TREK BICYCLE CORPORATION, and ) | |
| BONTRAGER CORPORATION ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Carl Horn, III, filed a "Letter" (Document No. 14) notifying the Court that the parties reached a settlement on September 14, 2016. The Court commends the mediator and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **October 14, 2016**.

Signed: September 19, 2016

David C. Keesler
United States Magistrate Judge